TOLEDO BAR ASSOCIATION *v*. MANORE.

[Cite as *Toledo Bar Assn. v. Manore*, ___ Ohio St.3d ___, 2019-Ohio-5027.]

(No. 2019-0212—Submitted December 4, 2019—Decided December 10, 2019.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, John James Manore III, Attorney Registration No. 0064070, last known business address in Sylvania, Ohio.

{¶ 2} The court coming now to consider its order of September 25, 2019, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of two years with the second year stayed on conditions and with credit for time served under the interim felony suspension imposed on February 2, 2018, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio. It is further ordered that in accordance with Gov.Bar R. V(21) and consistent with the opinion rendered herein on September 25, 2019, respondent shall serve a one-year period of monitored probation to be focused on the management of his operating and client-trust accounts and his compliance with applicable tax laws and regulations.

{¶ 4} It is further ordered that on or before 30 days from the date of this order relator shall file with the clerk of this court the name of the attorney who will serve as respondent's monitor, in accordance with Gov.Bar R. V(21)(A)(3). It is further ordered that at the end of respondent's probationary period, relator shall file with the clerk of this court a report indicating whether respondent, during the probationary period, complied with the terms of the probation.

**{¶ 5}** It is further ordered that at the end of the probationary period respondent may apply for termination of probation as provided in Gov.Bar R. V(21). It is further ordered that respondent's probation shall not be terminated until (1) respondent files an application for termination of probation in compliance with Gov.Bar R. V(21)(D), (2) respondent complies with this and all other orders issued by this court, (3) respondent complies with the Rules for the Government of the Bar of Ohio, (4) relator files with the clerk of this court a report indicating that respondent has complied with the terms of the probation, and (5) this court orders that the probation be terminated.

**{¶ 6}** It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

**{¶ 7}** For earlier case, see *Toledo Bar Assn. v. Manore*, _ Ohio St.3d __, 2019-Ohio-3846, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____